NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2008-3067

JAMES L. BOUCHARD,

Petitioner,

v.

DEPARTMENT OF VETERANS AFFAIRS,

Respondent.

<u>Beverly B. Bates</u>, Bates & Baum, of Atlanta, Georgia, argued for petitioner.

<u>Allison Kidd-Miller</u>, Trial Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for respondent. On the brief were <u>Gregory G. Katsas</u>, Acting Assistant Attorney General, <u>Jeanne E. Davidson</u>, Director, <u>Todd M. Hughes</u>, Deputy Director, and <u>Gregg M. Schwind</u>, Trial Attorney.

Appealed from: Merit Systems Protection Board

NOTE:  This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2008-3067

JAMES L. BOUCHARD,

Petitioner,

v.

DEPARTMENT OF VETERANS AFFAIRS,

Respondent.

# Judgment

ON APPEAL from the　　　　Merit Systems Protection Board

in CASE NO(S).　　　　AT3443060636-B-1.

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

　　Per Curiam (MAYER and LINN, Circuit Judges and ILLSTON, District Judge.*)

　　　　　　　AFFIRMED.  See Fed. Cir. R. 36.

　　　　　　　　　　ENTERED BY ORDER OF THE COURT

DATED August 8, 2008　　　　/s/ Jan Horbaly
　　　　　　　　　　Jan Horbaly, Clerk

*　　Honorable Susan Yvonne Illston, District Judge, United States District Court for the District of Northern California, sitting by designation.